# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Pamela Rauman | Case No. 2:10-cv-1016-JPS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Global Credit & Collection Corporation | |
| Defendant. | |

Now comes Plaintiff, through counsel, to hereby give Notice that the parties in the above-captioned matter have reached a settlement. The parties will file a stipulation of dismissal once the terms of settlement agreement are executed, which should be no later than April 1, 2011.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By: /s/ Timothy J. Sostrin
        Timothy J. Sostrin
        233 S. Wacker Dr., Suite 5150
        Chicago, IL 60606
        Telephone: 866-339-1156
        Fax: 312-822-1064
        Email: tjs@legalhelpers.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2011, I electronically filed the foregoing Notice via the Court's CM/ECF system, thereby serving the following persons:

Ronald S. Canter
The Law Offices of Ronald S. Canter, LLC
rcanter@roncanterllc.com

        /s/ Timothy J. Sostrin