# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Pamela Rauman | Case No. 2:10-cv-1016-JPS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Global Credit & Collection Corporation | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

MACEY & ALEMAN, P.C.

By: /s/ Timothy J. Sostrin
Timothy J. Sostrin
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: 866.339.1156
Fax: 312-822-1064
Email: tjs@legalhelpers.com
Attorneys for Plaintiff

THE LAW OFFICES OF RONALD S. CANTER, LLC

By: /s/ Ronald S. Canter (with consent)
Ronald S. Canter
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: 301-770-7490
Fax: 301-770-7493
Email: rcanter@roncanterllc.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011, I electronically filed the foregoing Stipulation via the Court's CM/ECF system, thereby serving the following persons:

Ronald S. Canter
The Law Offices of Ronald S. Canter, LLC
rcanter@roncanterllc.com

/s/ Timothy J. Sostrin