UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAMELA RAUMAN,

    Plaintiff,

v.     Case No. 10-CV-1016

GLOBAL CREDIT & COLLECTION CORP.,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of the parties filed March 11, 2011 (Docket #9),

**IT IS HEREBY ORDERED** that this action be and the same is hereby **DISMISSED** with prejudice, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 6th day of April, 2011.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge